| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>ELIZABETH KURLAN (CABN 255869)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7298<br>FAX: (415) 436-6748<br>Elizabeth.Kurlan@usdoj.gov<br><br>Attorneys for Defendants | **FILED**<br><br>Mar 12 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FENXIA DU,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, Secretary of the Department of Homeland Security, *et al.*,<br><br>    Defendants. | C 3:23-cv-00205 TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 4, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for Plaintiff for June 6, 2023. USCIS will work diligently towards completing adjudication of the I-589 application, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Stipulation to Stay Proceedings
C 3:22-cv-00205 TSH                                          1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 4, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: March 10, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 10, 2023

/s/ Justin X. Wang
JUSTIN X. WANG
TRENT GOULDING
Attorneys for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/12/2023

THOMAS S. HIXSON
United States Magistrate Judge